# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM VICTOR,                          :
      Plaintiff                     :
                            :   CIVIL NO. 3:11-cv-891
      v.                            :
                            :   (JUDGE NEALON)
D. VARANO, et al.,                       :   (MAGISTRATE JUDGE CARLSON)
                            :
      Defendants                    :

## ORDER

**NOW**, THIS 3rd DAY OF APRIL, 2012, **IT IS HEREBY ORDERED THAT:**

1.  The Report and Recommendation (Doc. 83) is **ADOPTED**;

2.  Plaintiff's motions for injunctive relief (Docs. 72 & 81) are **DENIED;**

3.  This case is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

4.  Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**